## ED SMITH v. STATE.

No. A.-477.   Opinion Filed March 21, 1911.

(114 Pac. 278.)

APPEAL—Review—Sufficiency of Evidence. The credibility of witnesses and the weight and value to be given their testimony is a question solely for the jury's determination and, to reverse a judgment on the ground that the verdict is against the weight of the evidence, the appellate court must find that as a matter of law the evidence is insufficient to warrant a conviction.

(Syllabus by the Court.)

*Appeal from District Court, McIntosh County; Preslie B. Cole, Judge.*

Ed Smith was convicted of robbery, and appeals. Affirmed.

*Claude A. Niles* and *W. M. Duffy,* for plaintiff in error.

*Chas. West,* Atty. Gen., and *Smith C. Matson,* Asst. Atty. Gen., for the State.

DOYLE, JUDGE. Plaintiff in error, Ed Smith, was convicted in the district court of McIntosh county of the crime of robbery,

and was sentenced to serve a term of ten years in the peniten-
tiary. The judgment and sentence was entered on June 30, 1909.
On December 9, 1909, there was filed in this court a petition in
error, with case-made attached.

The evidence as to the robbery was in substance as follows:
About 9 o'clock on the evening of December 28, 1908, some one
rode up to the home of C. L. Inge, in McIntosh county, not
far from Council Hill, and called him to the door, saying that
he was Bowington, from Checotah. Mr. Inge opened the door,
and a white man and a negro stepped in with guns in their hands
and ordered him to light the lamp. The white man then ordered
him to deliver up his money, saying he understood that he had
$1,000. Mr. Inge gave the white man his pocketbook, which
contained about $17 and a small check. The robbers then, hold-
ing their guns upon Mr. Inge, backed out of the door and rode
away. Mr. Inge, his wife, their two daughters, and a son, who
were present when the robbery occurred, testified that the defend-
ant was the white man who committed the robbery. Mrs. Louisa
Dobson testified that she lived about eight miles from Checotah;
that in the afternoon of the day of the robbery a white man and
a negro rode up to her home and asked where C. L. Inge lived,
and she identified the defendant as the white man. The defend-
ant did not testify, but offered several witnesses whose evidence
tended to prove an alibi.

The petition contains several assignments of error, only a few
of which have any relation to the record in the case, and these
are wholly without merit. The sufficiency of the indictment is
not questioned. No exceptions were taken to the instructions as
given, and there were none requested on the part of the defend-
ant. The credibility of witnesses and the weight and value to be
given their testimony was a question solely for the jury's deter-
mination, and it is sufficient to say that we think the evidence
-abundantly sustains the verdict.

The judgment is therefore affirmed.

FURMAN, PRESIDING JUDGE, and ARMSTRONG, JUDGE,
concur.